IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| RODNEY JEROME MILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 622-069 |
| | ) | |
| JENKINS CORRECTIONAL FACILITY; CENTRAL STATE PRISON; JOHNSON STATE PRISON; GEORGIA STATE PRISON; LT. STARDA ANDERSON; SGT. TONYA BURROUGHS; D. BLACKMON; and MS. HARRIES, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 9th day of January, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk of Court docketed a filing by Plaintiff as filed "in response to" the Magistrate Judge's Report and Recommendation. (Doc. no. 12.) Upon examination, the document does not object to the substance of the Magistrate Judge's Report and Recommendation and merely reiterates Plaintiff's amended complaint.